No. 90–364.   ARMELL, A MINOR, THROUGH HER COURT-APPOINTED ATTORNEY AND GUARDIAN AD LITEM, MURPHY *v.* PRAIRIE BAND OF POTAWATOMI INDIANS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–369.   VOLLRATH *v.* GEORGIA PACIFIC CORP.   C. A. 6th Cir.   Certiorari denied.

No. 90–375.   BROWN *v.* EARP, COMMISSIONER, GEORGIA DEPARTMENT OF PUBLIC SAFETY.   Sup. Ct. Ga.   Certiorari denied.

No. 90–377.   MORRISON ET AL. *v.* PENNSYLVANIA CONVENTION CENTER AUTHORITY ET AL.   Commw. Ct. Pa.   Certiorari denied.

No. 90–384.   CURLEE, SUPERINTENDENT, ABERDEEN SCHOOL DISTRICT, ET AL. *v.* FYFE.   C. A. 5th Cir.   Certiorari denied.

No. 90–391.   LEE'S SUMMIT REORGANIZED SCHOOL DISTRICT ET AL. *v.* NAYLOR ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 90–392.   GANZ *v.* ZAGEL, DIRECTOR, ILLINOIS DEPARTMENT OF STATE POLICE.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 90–393.   CITY OF DESOTO, TEXAS, ET AL. *v.* MORGAN ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–402.   MAYESKE ET AL. *v.* INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 90–407.   COLLATERAL PROTECTION INSURANCE SERVICES ET AL. *v.* BALBOA INSURANCE CO. ET AL.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 90–410.   COHN ET AL. *v.* KATZ ET AL.   C. A. 9th Cir. Certiorari denied.